UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. H.,

        Plaintiff,

        v.

DARRELL WAYNE SMITH, et al.,

        Defendants.

Case No.  26-cv-00241-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. CV 24-6580.

**IT IS SO ORDERED.**

Dated: January 16, 2026

_____

VINCE CHHABRIA
United States District Judge